

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00109-CV

---

In re Victor Gonzalez, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Relator, Victor Gonzalez, filed a petition for writ of mandamus on March 6, 2026, seeking similar relief as that which he was recently denied pursuant to our decision in *In re Gonzalez*, No. 08-26-00089-CV, 2026 WL 469429, at *1 (Tex. App.—El Paso, Feb. 18, 2026) (mem. op.) (orig. proceeding). Gonzalez also seeks emergency relief prohibiting the trial court from enforcing pretrial deadlines in the case. After consideration, the Court has determined that Gonzalez is not entitled to the relief sought.

Accordingly, the petition for writ of mandamus is denied. We dismiss Gonzalez's request for emergency relief as moot.

LISA J. SOTO, Justice

March 9, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.